May 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

NATIONWIDE BANK, Appellant

NO. 14-13-00782-CV                          V.

HUMBLE PARK PLACE, LTD. AND KENNETH R. HENRY, Appellees

_____

Today the Court heard the parties' joint motion to set aside the default judgment signed by the court below on March 8, 2013 and remand to the trial court for rendition of judgment in accordance with the parties' agreement. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.